1  HENRY WEISSMANN (State Bar No. 132418)
   *Henry.Weissmann@mto.com*
2  RICHARD ST. JOHN (State Bar No. 202560)
   *Richard.Stjohn@mto.com*
3  PETER RENN (State Bar No. 247633)
   *Peter.Renn@mto.com*
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
5  Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
6  Facsimile:   (213) 687-3702

7  Attorneys for Defendants,
   VERIZON INTERNET SERVICES INC.,
8  GTE.NET LLC D/B/A VERIZON INTERNET
   SOLUTIONS
9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                         EASTERN DIVISION

13

| | |
|---|---|
| CHARLOTTE MALONEY, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON INTERNET SERVICES INC., GTE.NET LLC D/B/A VERIZON INTERNET SOLUTIONS, and Does 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  ED CV 08-01885 SGL (AGRx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:       March 16, 2009<br>Time:       10:00 a.m.<br>Judge:      Hon. Stephen G. Larson<br>Courtroom:  1 |

NOTICE OF MOTION AND
MOTION TO DISMISS

TO PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 16, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1 of the above-captioned court, located at 3470 Twelfth Street, Riverside, California 92501, defendants Verizon Internet Services, Inc. and GTE.Net LLC d/b/a Verizon Internet Solutions will and hereby do move for an order dismissing with prejudice plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6) and for improper venue under Federal Rule of Civil Procedure 12(b)(3).

This motion is based upon this notice of motion and motion to dismiss, the memorandum of points and authorities in support thereof, the declaration of Donald Boose and any attached exhibit, the papers and pleadings on file, and any additional authority or argument that may be presented in any reply brief and at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place by telephonic conference on December 22, 2008.

DATED: December 29, 2008

MUNGER, TOLLES & OLSON LLP
 HENRY WEISSMANN
 RICHARD ST. JOHN
 PETER RENN

By:     /s/ Richard St. John
         RICHARD ST. JOHN

Attorneys for Defendants
VERIZON INTERNET SERVICES
INC., GTE.NET LLC D/B/A
VERIZON INTERNET SOLUTIONS