1  HENRY WEISSMANN (State Bar No. 132418)          JS-6
   *Henry.Weissmann@mto.com*
2  RICHARD ST. JOHN (State Bar No. 202560)
   *Richard.Stjohn@mto.com*
3  PETER RENN (State Bar No. 247633)
   *Peter.Renn@mto.com*
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
5  Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
6  Facsimile:   (213) 687-3702

7  Attorneys for Defendants

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
                       EASTERN DIVISION
11

12
   CHARLOTTE MALONEY, on            CASE NO. ED CV 08-01885 SGL (AGRx)
13 behalf of herself and all persons
   similarly situated,              **JUDGMENT**
14
              Plaintiff,
15                                  Hon. Stephen G. Larson
              vs.
16
   VERIZON INTERNET SERVICES
17 INC., GTE.NET LLC D/B/A
   VERIZON INTERNET
18 SOLUTIONS, and Does 1 through
   100, inclusive,
19
              Defendants.
20

21

22

23

24

25

26

27

28

                                              JUDGMENT

1       This action came on for hearing before the Court, The Honorable Stephen G.

2 Larson, District Judge, presiding, and the issues having been duly heard and a

3 decision having been duly rendered,

4         It is ORDERED AND ADJUDGED that Plaintiff take nothing and that

5 the action be dismissed with prejudice.

6         Dated at Riverside, California this 20th day of October, 2009.

7

8

9                   _____

                  Stephen G. Larson

10                   United States District Judge

11

12 SUBMITTED BY:

13 MUNGER, TOLLES & OLSON LLP

14   HENRY WEISSMANN

  RICHARD ST. JOHN

15   PETER RENN

16

17 By   /s/ Richard St. John

          Richard St. John

18

  Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28

               JUDGMENT